~~SEALED~~
Unsealed per Order on 10/7/08

FILED
08 OCT -2 AM 11:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 3366 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 18, U.S.C., Sec. 1030(a)(5)(A)(i) - Intentionally Causing Damage to a Protected Computer |
| BRADLEY JOHN DIERKING, | |
| Defendant. | |

The grand jury charges:

Count 1

At all relevant times:

1. Geary Interactive was an online and digital advertising agency located in San Diego, California, whose services included website design, online marketing, search engine marketing, electronic commerce and other technology products and services.

2. "A.R." and "L.K." were executives of Geary Interactive. Their identities are being shielded for privacy.

//

//

//

MDD:em:San Diego
10/1/08

3.     Miraval Resort was a luxury resort and spa with locations in Tucson, Arizona, and Costa Rica. Geary Interactive was the online advertising agency for Miraval Resort and designed and programmed the website for Miraval Resort. Geary Interactive also was responsible for maintaining and updating the content on the Miraval Resort website to include database management of the online reservations system.

4.     Defendant BRADLEY JOHN DIERKING was employed by Geary Interactive from May 15, 2005, until April 30, 2007, as their Lead Programmer. Defendant DIERKING was responsible for designing and programming websites and databases for Geary Interactive clients; controlling access to website content; and, controlling access to back-end databases through the assignment of usernames and passwords to other employees.

5.     Between on or about May 14, 2007, and June 13, 2007, within the Southern District of California and elsewhere, defendant BRADLEY JOHN DIERKING knowingly caused the transmission of a program, code and command and as a result of such conduct, intentionally caused "damage," as defined at Title 18, United States Code, Section 1030(e)(8), without authorization, to the computer network of Geary Interactive, a "protected computer" as defined at Title 18, United States Code, Section 1030(e)(2)(B), to wit: defendant defaced the online reservations page of the Miraval Resort website, hosted on a server leased by Geary Interactive, adding the following content to the web page: "'A.R.' IS A HOMOSEXUAL" and "'L.K.' IS A STUPID FUCKING JEW;" and, changed all of the passwords to certain Geary Interactive databases rendering them inaccessible; causing loss, as defined at Title 18, United States Code, Section 1030(e)(11), to Geary
//

1  Interactive and to Miraval Resort aggregating at least $5,000 in
2  value, as provided at Title 18, United States Code, Section
3  1030(a)(5)(B)(i); all in violation of Title 18, United States Code,
4  Section 1030(a)(5)(A)(i).
5      DATED: October 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MITCHELL D. DEMBIN
Assistant U. S. Attorney